UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENTIENT JET, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 12-11809-NMG |
| ) | |
| CHRISTOPHER EARLY, ) | |
| ) | |
| Defendant ) | |

REPORT AND RECOMMENDATION ON DEFENDANT'S
FIRST MOTION FOR SUMMARY JUDGMENT (DOC. NO. 21)

September 11, 2013

SOROKIN, C.M.J.

Sentient Jet, LLC ("Sentient"), has sued Christopher Early, a former employee who now operates a competing business, alleging, inter alia, that Early misappropriated confidential information and breached confidentiality and non-solicitation provisions of his employment agreement. See generally Doc. No. 1. Several months before the close of discovery, Early moved for summary judgment, arguing that the non-solicitation provision of his employment agreement was void as a matter of law. See generally Doc. No. 21. The motion was referred to the undersigned for a Report and Recommendation. Doc. No. 24. Because the law does not support Early's view, I recommend that his motion for summary judgment be DENIED.

I. BACKGROUND

Sentient brokers charter jet services for its customers, which typically include wealthy individuals and corporations located all over the world. Doc. No. 31 at ¶¶ 1, 15. Early was hired by Sentient in July 2009 as a Sales Director, and later was promoted to Vice President of Sales.

*After consideration of defendants' objections thereto (Docket No. 47), Report and Recommendation is accepted and adopted. /s/ NM Gorton, USDJ 11/22/13*